# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00052-CV

### In re Rhett Webster Pease

### ORIGINAL PROCEEDING FROM LEE COUNTY

**PER CURIAM**

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied and the motion for emergency relief is dismissed. *See* Tex. R. App. P. 52.8(a).

Before Justices Puryear, Pemberton and Rose

Filed: February 2, 2011